Hernandez v. Billotte.

## City Court.

*Special Term—October,* 1886.

### HERNANDEZ BY GUARDIAN *against* BILLOTTE.

Judgment for costs in action by an infant by guardian *ad litem* must be entered against the guardian.

McADAM, Ch. J.—Where an infant brings suit by guardian *ad litem* and is defeated, the judgment for the defendant's costs should be entered against the guardian, who is personally responsible for them (*Code,* § 469), and the judgment is to be collected from the guardian, by execution or otherwise, in the same manner as though the guardian had been plaintiff in his own right (*Code,* § 3249). These provisions supersede the practice which pre-

vailed under the old Codes (see notes to section 3249 of
*Throop's Code*). The defendant must follow the practice
here laid down.